AO 91 (Rev. 03/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Joseph M. Capelli | ) Case No. 3:16mj182 |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 4/1/16 - 5/31/2016 in the county of Escambia in the Northern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 2252 & 2252A | – Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

HSI Task Force Officer Jeffrey C. Brown
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 18, 2016

*Judge's signature*

City and state: Pensacola, Florida

U.S. Magistrate Judge Charles J. Kahn, Jr.
*Printed name and title*

Print Form